On Plaintiff Steve VanDusen's claim of First Amendment Retaliation based on political support of Ron Davis in the 2010 Tazewell County Sheriff's election, we, the jury, find in favor of the Plaintiff and against the following Defendants:

| Defendant | Yes | No |
|---|---|---|
| Defendant Tazewell County Sheriff's Office | Yes | **No** ✗ |
| Defendant Robert Huston | Yes | **No** ✗ |
| Defendant Kurt Ulrich | Yes | **No** ✗ |
| Defendant Bill Roth | Yes | **No** ✗ |
| Defendant Tazewell County | Yes | **No** ✗ |

s/Foreperson                                    s/juror

　　Presiding Juror
s/juror                                         s/juror

s/juror                                         s/juror

s/juror                                         s/juror

s/juror

s/juror

FILED
JUN 15 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

On Plaintiff Steve VanDusen's claim of First Amendment Retaliation based on his participation in the October 7, 2010, no-confidence vote, we, the jury, find in favor of the Plaintiff and against the following Defendants:

| Defendant | Yes | No |
|---|---|---|
| Defendant Tazewell County Sheriff's Office | ___ | __X__ |
| Defendant Robert Huston | ___ | __X__ |
| Defendant Kurt Ulrich | ___ | __X__ |
| Defendant Bill Roth | ___ | __X__ |
| Defendant Earl Helm | ___ | __X__ |

s/Foreperson

s/juror

Presiding Juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

FILED

JUN 15 2021

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

On Plaintiff Rebecca Melloy VanDusen's claim of First Amendment Retaliation based on her participation in the October 7, 2010, no-confidence vote, we, the jury, find in favor of the Plaintiff and against the following Defendants:

| Defendant | Yes | No |
|---|---|---|
| Defendant Tazewell County Sheriff's Office | ___ | X |
| Defendant Robert Huston | ___ | X |
| Defendant Kurt Ulrich | ___ | X |
| Defendant Bill Roth | ___ | X |
| Defendant Earl Helm | ___ | X |

s/Foreperson

s/juror

Presiding juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

On Plaintiff Rebecca Melloy VanDusen's claim of First Amendment Retaliation based on her political support of Ron Davis in the 2010 Tazewell County Sheriff's election, we, the jury, find in favor of the Plaintiff and against the following Defendants:

| Defendant | Yes | No |
|---|---|---|
| Defendant Tazewell County Sheriff's Office | Yes | No ✗ |
| Defendant Robert Huston | Yes | No ✗ |
| Defendant Kurt Ulrich | Yes | No ✗ |
| Defendant Bill Roth | Yes | No ✗ |
| Defendant Earl Helm | Yes | No ✗ |

s/Foreperson

s/juror — Presiding Juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

FILED
JUN 15 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

On Plaintiff Aleisha Karrick's claim of First Amendment Retaliation based on her political support of Ron Davis in the 2010 Tazewell County Sheriff's election, we, the jury, find in favor of the Plaintiff and against the following Defendants:

| Defendant | Yes | No |
|---|---|---|
| Defendant Tazewell County Sheriff's Office | | X |
| Defendant Robert Huston | | X |
| Defendant Kurt Ulrich | | X |
| Defendant Bill Roth | | X |
| Defendant Earl Helm | | X |

s/Foreperson

s/juror — Presiding Juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

FILED
JUN 15 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

On Plaintiff Aleisha Karrick's claim of First Amendment Retaliation based on her participation in the October 7, 2010, no-confidence vote, we, the jury, find in favor of the Plaintiff and against the following Defendants:

| Defendant | Yes | No |
|---|---|---|
| Defendant Tazewell County Sheriff's Office | | X |
| Defendant Robert Huston | | X |
| Defendant Kurt Ulrich | | X |
| Defendant Bill Roth | | X |
| Defendant Earl Helm | | X |

s/Foreperson

s/juror

Presiding Juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

FILED
JUN 15 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

On Plaintiff Michelle Moretto's claim of First Amendment Retaliation based on her political support of Ron Davis in the 2010 Tazewell County Sheriff's election, we, the jury, find in favor of the Plaintiff and against the following Defendants:

| Defendant | Yes | No |
|---|---|---|
| Defendant Tazewell County Sheriff's Office | Yes | No ✗ |
| Defendant Robert Huston | Yes | No ✗ |
| Defendant Kurt Ulrich | Yes | No ✗ |
| Defendant Bill Roth | Yes | No ✗ |
| Defendant Earl Helm | Yes | No ✗ |

s/Foreperson

Presiding juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

**FILED**

JUN 15 2021

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

On Plaintiff Michelle Moretto's claim of First Amendment Retaliation based on her participation in the October 7, 2010, no-confidence vote, we, the jury, find in favor of the Plaintiff and against the following Defendants:

| Defendant | Yes | No |
|---|---|---|
| Defendant Tazewell County Sheriff's Office | | X |
| Defendant Robert Huston | | X |
| Defendant Kurt Ulrich | | X |
| Defendant Bill Roth | | X |
| Defendant Earl Helm | | X |

s/Foreperson

s/juror

Presiding Juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

**FILED**

JUN 15 2021

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

On Plaintiff Dawn Hostetler's claim of First Amendment Retaliation based on her participation in the October 7, 2010, no-confidence vote, we, the jury, find in favor of the Plaintiff and against the following Defendants:

| Defendant | Yes | No |
|---|---|---|
| Defendant Tazewell County Sheriff's Office | | X |
| Defendant Robert Huston | | X |
| Defendant Kurt Ulrich | | X |
| Defendant Bill Roth | | X |
| Defendant Earl Helm | | X |

s/Foreperson

Presiding Juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

FILED

JUN 15 2021

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## VERDICT FORMS

On Plaintiff Richard Johnston's claim of First Amendment Retaliation based on political support of Ron Davis in the 2010 Tazewell County Sheriff's election, we, the jury, find in favor of the Plaintiff and against the following Defendants:

| Defendant | Yes | No |
|---|---|---|
| Defendant Tazewell County Sheriff's Office | | X |
| Defendant Robert Huston | | X |
| Defendant Kurt Ulrich | | X |
| Defendant Bill Roth | | X |
| Defendant Earl Helm | | X |

s/Foreperson

s/juror

s/juror                    s/juror

s/juror                    s/juror

s/juror                    s/juror

s/juror

s/juror

FILED
JUN 15 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

On Plaintiff Amber Robertson's claim of First Amendment Retaliation based on her participation in the October 7, 2010, no-confidence vote, we, the jury, find in favor of the Plaintiff and against the following Defendants:

| Defendant | Yes | No |
|---|---|---|
| Defendant Tazewell County Sheriff's Office | | X |
| Defendant Robert Huston | | X |
| Defendant Kurt Ulrich | | X |
| Defendant Bill Roth | | X |
| Defendant Earl Helm | | X |

s/Foreperson

s/juror

s/juror  Presiding juror  s/juror

s/juror  s/juror

s/juror  s/juror

s/juror

s/juror

FILED
JUN 15 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

On Plaintiff Rhonda Randolph's claim of First Amendment Retaliation based on her participation in the October 7, 2010, no-confidence vote, we, the jury, find in favor of the Plaintiff and against the following Defendants:

| Defendant | Yes | No |
|---|---|---|
| Defendant Tazewell County Sheriff's Office | Yes | No ✗ |
| Defendant Robert Huston | Yes | No ✗ |
| Defendant Kurt Ulrich | Yes | No ✗ |
| Defendant Bill Roth | Yes | No ✗ |
| Defendant Earl Helm | Yes | No ✗ |

s/Foreperson

s/juror

s/juror   Presiding Juror   s/juror

s/juror   s/juror

s/juror   s/juror

s/juror

s/juror

**FILED**

JUN 15 2021

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS