Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| MICHELLE MORETTO, AMBER ROBERTSON, DAWN K HOSTETLER, REBECCA MELLOY, RHONDA RANDOLPH, RICHARD JOHNSTON, STEVE VANDUSEN, and ALEISHA KARRICK<br><br>**Plaintiffs,**<br><br>v.<br><br>TAZEWELL COUNTY SHERIFF'S OFFICE, SHERIFF ROBERT HUSTON, in his individual capacity, JAIL SUPT KURT ULRICH, in his individual capacity, his individual capacity, DEPUTY JAIL SUPT BILL ROTH, in his individual capacity, JAIL SUPT EARL HELM, in his individual capacity, and TAZEWELL COUNTY, a unit of local Government,<br><br>**Defendants.** | 14-CV-1433 |

## JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that on Plaintiffs Steve Vandusen, Rebecca Melloy, Aleisha Karrick, Michelle Moretto and Richard Johnston's claim of First Amendment Retaliation based on political support of Ron Davis in the 2010 Tazewell County Sheriff's election, the jury found in favor of Defendants Tazewell County Sheriff's Office, Robert Huston, Kurt Ulrich, Bill Roth, and Earl Helm.

**IT IS FURTHER ORDERED AND ADJUDGED** that on Plaintiffs Steve Vandusen, Rebecca Melloy, Aleisha Karrick, Michelle Moretto, Rhonda Randolph, Amber Robertson and Dawn Hostetler's claim of First Amended Retaliation based on participation in the October 7, 2010, no-confidence vote, the jury found in favor of Defendants Tazewell County Sheriff's Office, Robert Huston, Kurt Ulrich, Bill Roth, and Earl Helm.

**IT IS FURTHER ORDERED AND ADJUDGED** that the parties stipulated to withdrawing Tazewell County as a Defendant at the close of evidence at trial, and Defendant Tazewell County is dismissed.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs Ashley M. Mehrzad, Marissa Hutton, Larry Vicary, Charles Tyson May, Trent Strunk and Defendant Jeff Lower were previously terminated as parties to this lawsuit.

**Dated:**   June 16, 2021

                                                  s/ Shig Yasunaga
                                                  Shig Yasunaga
                                                  Clerk, U.S. District Court

                                                  *JES*